UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Marshall Louis Ratliff          3331805

_____          _____

_____          _____

_____          _____

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**              CIVIL ACTION NO. 5:20-cv-00619
                   (Number to be assigned by Court)

Chad Lester

Powers

Pack

Co. Pegulm I can't spll very good.

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action or otherwise relating to your imprisonment?

                  Yes ___✓___      No ___⊘___

1

II. Place of Present Confinement: Southern Regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ___    No ✓

    C. If you answer is YES:

        1. What steps did you take? ___

        2. What was the result? ___

    D. If your answer is NO, explain why not: Chad lester wouldn't allow me to file one on this iness!

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Marshall Louis Ratliff

        Address: 1200 Airport RD Beaver, WV 25813

    B. Additional Plaintiff(s) and Address(es): N/A

3

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Marshall Louis Ratliff

   Defendants: Chad Lester

2. Court (if federal court, name the district; if state court, name the county);

   I don't have the case # yet!

3. Docket Number: N A

4. Name of judge to whom case was assigned:

   N IA

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   Still Pending

6. Approximate date of filing lawsuit: Sept 10, 2020

7. Approximate date of disposition: Sept 10, 2020

2

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Chad lester

is employed as: Sugt.

at Southern Regional Jail

D. Additional defendants: Officer power's, Corpl. Pack,

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

at 10:00 Am I was served tray's, by co Power's who became very ruded with me. I marshall L Ratliff got in to an augrement with power's co power's came over and without warding slamed my hand's in the opening in cell-10 in A-1. The camam should show it! Then he appmeted to spay me trow the door of my cell. Then at 10:50 Am I called A-tower to ask for an inmate Prea from to proseed with

4

IV.  Statement of Claim (continued):

and the tower laughted at me! mr. pegam said it was "Bullshit" and clacked off the Box's on me! 11:20-11:23 Am I talked to Sugt. Chad lester, and Corp. pack who came to cell-10 I Asked him, and Corp Pack, for a prea, and he said to may beo I ~~oste~~ was sexually haressed by co Powers, and he's always looking at me wrong! The Co's took my rec, and Phone calls! I'm Required 1 hour of Rec Pre day! That's state law, and an inmate ~~to Rite~~ right!

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

do an invistgateion on the hand book, and why we're not getting what we're Required to have? They won't follow the rules. I want my rights as an inmate to be followed. I want the court to do an over all invistgateion on Southen Regional Jail, and why they're beating the inmate's!

V.     Relief (continued)):

_____
_____
_____
_____
_____

VII.    Counsel

     A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

        Michel Bennett II

     B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____     No ✓

        If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

        If not, state your reasons: I've wrote one already, but no answer yet!

     C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____     No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

*Marshall Louis Ratliff*

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **Sept. 14, 2020**
              (Date)

*Marshall Louis Ratliff*
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

INMATE NAME Marshall Ratliff
INMATE OID# 3331805
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER
1200 AIRPORT ROAD
BEAVER, WV 25813

THE WRITER OF THIS LETTER
IS AN INMATE OF THE
SOUTHERN REGIONAL JAIL
AND CORRECTIONAL CENTER

United States District
Court
Robert C. Byrd US Courthouse
110. N. Heber St Room 119
Beckley, WV 25801

